# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00211-CV

**Donald Ray McCray, Appellant**

**v.**

**Lee Glass, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-GN-07-000841, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On August 15, 2008, we notified appellant Donald Ray McCray that the appellate record in this case did not appear to contain a final or otherwise appealable order. This Court's jurisdiction is limited to the review of final judgments and certain interlocutory orders signed by the trial court. *See* Tex. Civ. Prac. & Rem. Code Ann. §§ 51.012, .014 (West 2008); *see also Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). McCray's written response to this notice fails to demonstrate that a final or otherwise appealable order has been signed by the trial court. Accordingly, the appeal is dismissed for want of jurisdiction.

_____

Diane M. Henson, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed for Want of Jurisdiction

Filed:   October 3, 2008